# The Law Offices of Avrum J. Rosen

**A Professional Limited Liability Company**
Attorneys at Law
38 New Street
Huntington, New York 11743
631 423 8527
arosen@ajrlawny.com

AVRUM J. ROSEN
------------

DEBORAH L. DOBBIN
NICO G. PIZZO
ALEX E. TSIONIS+
(+ *also admitted in New Jersey*)

June 29, 2022

Via ECF

Judge Nancy Hershey Lord
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Courtroom 2529
Brooklyn, NY 11201
nhl_hearings@nyeb.uscourts.gov

                                Re:  4202 Partners LLC, Case No. 20-42438 (NHL)
                                   4218 Partners LLC, Case No.  20-44444 (NHL)

Dear Hon. Judge Lord:

      This firm represents Shabsi Pfeifer in both of the above referenced cases.  Our client is a guarantor of both loans as well as a principal of one of the debtors.  Last week, when my client was reviewing the marketing materials for the auction,  he contacted me about what he perceived was a material error in marketing materials and claimed that the buildable square feet of the combined parcel was understated by more than $34,000.00 square feet.  He claimed it was over 166,000 square feet as opposed to the 132,043 square feet in the marketing materials.  He alleged that the additional air rights, which have been at the heart of the litigation in these cases were omitted.

      Given what had transpired in this case, the undersigned insisted upon an opinion from an architect as to these matters before I would contact the Court.  I just received the attached which supports my client's position. This issue came to his attention when a potential bidder contacted him about the issue.  It appears that there may have been other irregularities with the auction as well that we are still investigating. Under the circumstances, I write to request that this issue be addressed at the hearing on the 7th and to give as much notice as possible to counsel for both

lenders. If needed, we will engage in moving to set aside the sale order, but given the history of this case, I believe that conferencing the issue first is appropriate.

    Thank you.

Very truly yours,

s/*Avrum J. Rosen*
Avrum J. Rosen

cc: All ECF Notice Parties